UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60764-CIV-DIMITROULEAS

KAYLA TERRY, et al.

    Plaintiff,

vs.

KENDALL CREDIT AND BUSINESS SERVICE, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 20], filed herein on July 25, 2022. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 20] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Though the Notice states that the Court will retain jurisdiction to enforce the settlement, the Court lacks the power to do so. *See Matthews v. Gaither,* 902 F.2d 877, 880 (11th Cir. 1990) ("[A Rule 41(a)(1)(i)] dismissal is effective immediately upon the filing of a written notice of dismissal"); *see also Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) (holding that because a stipulation of dismissal under Rule 41(a)(1)(ii) is self-executing the parties must condition the effectiveness of the stipulation on the district court's entry of an order

1

      retaining jurisdiction to enforce settlement agreement);

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of July, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record